**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spilotro, Michael John** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Spilotro, Elisa Michelle** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**FKA Elisa Michelle Rosado** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-0414** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-6862** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7115 W. North Ave.<br>#161<br>Oak Park, IL 60302** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**7115 W. North Ave.<br>#161<br>Oak Park, IL 60302** |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other_____  ☐ Clearing Bank | ■ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business  ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br> Must attach signed application for the court's consideration<br> certifying that the debtor is unable to pay fee except in installments.<br> Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Spilotro, Michael John<br>Spilotro, Elisa Michelle | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X      **/s/ Michael John Spilotro**
Signature of Debtor  **Michael John Spilotro**

X      **/s/ Elisa Michelle Spilotro**
Signature of Joint Debtor  **Elisa Michelle Spilotro**

Telephone Number (If not represented by attorney)

**October 16, 2005**
Date

**Signature of Attorney**

X      **/s/ Ernesto D. Borges, Jr.**
Signature of Attorney for Debtor(s)

**Ernesto D. Borges, Jr. 6189298**
Printed Name of Attorney for Debtor(s)

**The Law Offices of Ernesto D, Borges, Jr. P.C.**
Firm Name

**105 West Madison**
**23rd Floor**
**Chicago, IL 60602**
Address                    **Email: EBorges105@aol.com**
**312/853-0200  Fax: 312/853-3130**
Telephone Number

**October 16, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual
whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Ernesto D. Borges, Jr.**          **October 16, 2005**
Signature of Attorney for Debtor(s)          Date
      **Ernesto D. Borges, Jr.**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:




If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael John Spilotro,**
     **Elisa Michelle Spilotro**

                 Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 500,000.00 | | |
| B - Personal Property | Yes | 3 | 13,015.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 429,242.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 356,893.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,203.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 513,015.00 | | |
| Total Liabilities | | | | 786,135.81 | |

In re    **Michael John Spilotro,**              Case No. _____
         **Elisa Michelle Spilotro**

                     Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2109 N. 73rd Court Elmwood Park, IL 60707 (Debtors to Surrender)** | **Fee Simple** | **J** | **500,000.00** | **419,921.00** |

| | | |
|---|---|---|
| Sub-Total > | **500,000.00** | (Total of this page) |
| Total > | **500,000.00** | |

      __0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re     **Michael John Spilotro,**                                    Case No. _____
          **Elisa Michelle Spilotro**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking accnt w/ Western Federal Credit Union** | H | 5.00 |
| | | | **Savings accnt w/ Harris Bank** | J | 50.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous used household goods** | - | 500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous books, tapes, CD's etc.** | - | 60.00 |
| 6. | Wearing apparel. | | **Personal Used Clothing** | - | 500.00 |
| 7. | Furs and jewelry. | | **Miscellaneous costume jewelry** | - | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >                1,215.00
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Michael John Spilotro,**                                    Case No. _____
         **Elisa Michelle Spilotro**

_____ ,
                              Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Michael John Spilotro,**
       **Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Mercedez Benz 230 w/ approx. 48,000 in mileage** | **-** | **11,800.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sub-Total >  **11,800.00**
(Total of this page)

Total >  **13,015.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Michael John Spilotro,**                  Case No. _____
        **Elisa Michelle Spilotro**

_____,
Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking accnt w/ Western Federal Credit Union** | **735 ILCS 5/12-1001(b)** | **5.00** | **5.00** |
| **Savings accnt w/ Harris Bank** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous used household goods** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Miscellaneous books, tapes, CD's etc.** | **735 ILCS 5/12-1001(b)** | **60.00** | **60.00** |
| **Wearing Apparel** | | | |
| **Personal Used Clothing** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Miscellaneous costume jewelry** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Mercedez Benz 230 w/ approx. 48,000 in mileage** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **11,800.00** |
| | **735 ILCS 5/12-1001(b)** | **1,279.00** | |

    **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re **Michael John Spilotro,**
     **Elisa Michelle Spilotro**
                                                                    Case No. _____
_____,
                          Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0414** | | | 2004 | | | | | |
| **Chase Home Finance** PO BOX 830016 Baltimore, MD 21283-0016 | | J | First Mortgage 2109 N. 73rd Court Elmwood Park, IL 60707 (Debtors to Surrender) | | | | | |
| | | | Value $              500,000.00 | | | | 332,704.00 | 0.00 |
| Account No. **xxx-xx-0414** | | | 2000 | | | | | |
| **Western Federal Credit Union** 9323 Bellanca Avenue Los Angeles, CA 90009 | | J | Lien on Vehicle 2000 Mercedez Benz 230 w/ approx. 48,000 in mileage | | | | | |
| | | | Value $               11,800.00 | | | | 9,321.00 | 0.00 |
| Account No. **xxx-xx-0414** | | | 2004 | | | | | |
| **Wilshire Financial Services** PO Box 8517 Portland, OR 97207-8517 | | J | Second Mortgage 2109 N. 73rd Court Elmwood Park, IL 60707 (Debtors to Surrender) | | | | | |
| | | | Value $              500,000.00 | | | | 87,217.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | 429,242.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 429,242.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E
(04/05)

In re  **Michael John Spilotro,**                                                    Case No. _____
       **Elisa Michelle Spilotro**
_____,
                              Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(12/03)

In re    **Michael John Spilotro,**                                                    Case No. _____
         **Elisa Michelle Spilotro,**

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx0110** <br><br> **ALARM DETECTION SERVICES** <br> **111 CHURCH RD** <br> **Aurora, IL 60505** | | J | | | **2002 - 2005** <br> **Credit card or Credit Use** | | | | 101.21 |
| Account No. **xxx-xx-0414** <br><br> **ALLSTATE INSURANCE COMPANY** <br> **PO Box 3589** <br> **Akron, OH 44309** | | J | | | **2000** <br> **Credit card or Credit Use** | | | | 234.00 |
| Account No. <br><br> **Additional Notice:** <br> **ALLSTATE INSURANCE COMPANY** | | | | | **C.C.S.** <br> **PO BOX 9126** <br> **Boston, MA 02205** | | | | |
| Account No. **xxxx-xxxx-xxxx-6486** <br><br> **AMALGAMATED BANK** <br> **PO BOX 1106** <br> **Chicago, IL 60690** | | J | | | **2002 - 2005** <br> **Overdraft Account** | | | | 508.00 |
| __37__   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 843.21 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:25653-050728    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**
**Elisa Michelle Spilotro**                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0414**<br><br>**AMERICA ONLINE**<br>**PO BOX 29593**<br>**New York, NY 10087-9593** | | J | **2004**<br>**Magazine/subscription** | | | | **150.00** |
| Account No.<br><br>Additional Notice:<br>**AMERICA ONLINE** | | | **Allied Interstate**<br>**3000 Corporate Exchange Dr, 5th Flr**<br>**Columbus, OH 43231** | | | | |
| Account No.<br><br>Additional Notice:<br>**AMERICA ONLINE** | | | **PFG OF MINNESOTA**<br>**7825 WASHINGTON AVE. S suite 410**<br>**Minneapolis, MN 55439-2409** | | | | |
| Account No. **xxxxxxxxxxxxx7763**<br><br>**American Express**<br>**PO Box 7871**<br>**Fort Lauderdale, FL 33329** | | H | **1998 - 2004**<br>**Credit card or Credit Use** | | | | **24,493.00** |
| Account No. **xxxxxxxxxxxxx7091**<br><br>**American Express**<br>**PO Box 7871**<br>**Fort Lauderdale, FL 33329** | | H | **2001 - 2005**<br>**Credit card or Credit Use** | | | | **549.00** |

Sheet no. __1__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **25,192.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**
**Elisa Michelle Spilotro**                                                    Case No. _____

                                                   ,
                                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx2871** <br><br> **American Express** <br> **PO Box 7871** <br> **Fort Lauderdale, FL 33329** | | H | **1995 - 2005** <br> **Credit card or Credit Use** | | | | 394.00 |
| Account No. **xxxxxxxxxxxxx3363** <br><br> **American Express** <br> **PO Box 7871** <br> **Fort Lauderdale, FL 33329** | | H | **1995 - 2004** <br> **Credit card or Credit Use** | | | | 116.00 |
| Account No. **xxxx-xxxxx-x2008** <br><br> **American Express** <br> **PO Box 7871** <br> **Fort Lauderdale, FL 33329** | | J | **2002 - 2005** <br> **Credit card or Credit Use** | | | | 30.00 |
| Account No. **xxxx-xxxxx-x4005** <br><br> **American Express** <br> **PO Box 7871** <br> **Fort Lauderdale, FL 33329** | | J | **2002 - 2005** <br> **Credit card or Credit Use** | | | | 116.96 |
| Account No. **xxxx-xxxxx-x3002** <br><br> **American Express** <br> **PO Box 7871** <br> **Fort Lauderdale, FL 33329** | | J | **2002 - 2005** <br> **Credit card or Credit Use** | | | | 394.00 |

Sheet no. __2___ of __37___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,050.96**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
**Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Additional Notice:** <br> **American Express** | | | **Nationwide Credit Inc.** <br> **2015 Vaughn Rd., NW St.** <br> **Kennesaw, GA 30144** | | | | |
| Account No. **xxxx-xxxxxx-x3001** <br><br> **American Express** <br> **PO Box 7871** <br> **Fort Lauderdale, FL 33329** | | J | **2002 - 2005** <br> **Credit card or Credit Use** | | | | 549.04 |
| Account No. <br><br> **Additional Notice:** <br> **American Express** | | | **Nationwide Credit Inc.** <br> **2015 Vaughn Rd., NW St.** <br> **Kennesaw, GA 30144** | | | | |
| Account No. **xxxxx2374-AA** <br><br> **American Medical Security Life/RMS** <br> **77 Hartland Street, #401** <br> **POB 280431** <br> **East Hartford, CT 06128-0431** | | J | **2004** <br> **Medical Services** | | | | 564.00 |
| Account No. **xxx-xx-0414** <br><br> **AR IMAGING** <br> **PO BOX 1155** <br> **Bedford Park, IL 60499** | | J | **2003** <br> **Medical or Dental services** | | | | 500.00 |

Sheet no. __3___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,613.04**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
        **Elisa Michelle Spilotro**

Case No. _____

_____ ,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0414**<br><br>**Arthur G. Jones, M.D.**<br>**624 Belleforte Ave.**<br>**Oak Park, IL 60302** | | J | 2002 - 2005<br>**Medical or Dental services** | | | | 35.00 |
| Account No. **xxx-xx-0414**<br><br>**AT & T**<br>**POB 57907**<br>**Murray, UT 84157** | | J | 2004<br>**Utility Bills or Cellular Service** | | | | 13.18 |
| Account No. **xxxxxxxxxxxx1664**<br><br>**AT & T Broadband**<br>**2001 York Road**<br>**Oak Brook, IL** | | J | 2002 - 2005<br>**Cable** | | | | 818.00 |
| Account No. **xxxxxxxxxxxxxx1628**<br><br>**AT & T Wireless**<br>**PO BOX 8220**<br>**Aurora, IL 60572-8229** | | J | 2002 - 2005<br>**Utility Bills or Cellular Service** | | | | 524.96 |
| Account No. **xxxx-xxxxx-x4004**<br><br>**Baker, Miller, Markoff & Krasny**<br>**29 N. Wacker**<br>**5th Floor**<br>**Chicago, IL 60606** | | J | 2002 - 2005<br>**Credit card or Credit Use** | | | | 44,577.90 |

Sheet no. __4__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,969.04

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**
**Elisa Michelle Spilotro,**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0414**<br><br>**Berwyn Police Department**<br>**6401 West 31st Street**<br>**Berwyn, IL 60402** | | J | **2004**<br>**Fines/Parking Tickets** | | | | 40.00 |
| Account No. **xxxxx8397**<br><br>**Bethany Hospital**<br>**3435 W. Van Buren**<br>**Chicago, IL 60624** | | J | **2002 - 2005**<br>**Medical or Dental services** | | | | 4,408.00 |
| Account No. **xxx-xx-0414**<br><br>**Blockbuster Video**<br>**c/o Credit Protection Association**<br>**13355 Noel Road**<br>**Dallas, TX 75240** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | 40.00 |
| Account No.<br><br>**Additional Notice:**<br>**Blockbuster Video** | | | **Credit Protection Association**<br>**PO Box 802068**<br>**Dallas, TX 75380-2068** | | | | |
| Account No. **xxxxxxxx7007**<br><br>**Cbusasear**<br>**P. O. Box 9714**<br>**Sioux Falls, SD 57117** | | H | **1999 - 2005**<br>**Credit card or Credit Use** | | | | 847.00 |

Sheet no. __5__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,335.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
**Elisa Michelle Spilotro**                                          Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0291**<br><br>**CBUSASears**<br>**P.O. Box 6189**<br>**Sioux Falls, SD 57117** | | H | **1999 - 2005**<br>**Credit card or Credit Use** | | | | 1,288.00 |
| Account No. **xxxx-xxxx-xxxx-4170**<br><br>**Chase**<br>**POB 15153**<br>**Wilmington, DE 19886-5153** | | H | **1995 - 2005**<br>**Credit card or Credit Use** | | | | 6,917.00 |
| Account No. **xxxxxxxxxxx8692**<br><br>**Chase Bank**<br>**P.O. Box 52095**<br>**Phoenix, AZ 85072-2095** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | 11,991.87 |
| Account No. **xxxx-xxxx-xxxx-2341**<br><br>**Chase Manhattan Bank**<br>**P.O. Box 9001871**<br>**Louisville, KY 40290-1871** | | H | **2003 - 2005**<br>**Credit card or Credit Use** | | | | 12,338.00 |
| Account No. **xxxx-xxxx-xxxx-1337**<br><br>**Chase Manhattan Bank**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | | J | **2003 - 2005**<br>**Credit card or Credit Use** | | | | 9,658.00 |

Sheet no. __6__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          42,192.87

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
    **Elisa Michelle Spilotro,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1302**<br><br>Chicago Sun-Times, INC<br>POB 1003<br>Tinley Park, IL 60477 | | J | 2002 - 2005<br>Magazine/subscription | | | | 163.00 |
| Account No. **xxxxx5304**<br><br>Chicago Sun-Times, INC<br>POB 1003<br>Tinley Park, IL 60477 | | J | 2002 - 2005<br>Magazine/subscription | | | | 245.00 |
| Account No. **xxxxx0304**<br><br>Chicago Sun-Times, INC<br>POB 1003<br>Tinley Park, IL 60477 | | J | 2002 - 2005<br>Magazine/subscription | | | | 491.96 |
| Account No.<br><br>Additional Notice:<br>Chicago Sun-Times, INC | | | McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Bedford, OH 44146 | | | | |
| Account No. **xxx3228**<br><br>Chicago Sun-Times, INC<br>POB 1003<br>Tinley Park, IL 60477 | | J | 2002 - 2005<br>Magazine/subscription | | | | 163.00 |

Sheet no. __7__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,062.96

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Michael John Spilotro,**
          **Elisa Michelle Spilotro**                                              Case No. _____

                                                                          ,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Additional Notice:** <br> **Chicago Sun-Times, INC** | | | **Biehl & Biehl** <br> **411 E. Irving Park Road** <br> **Bensenville, IL 60106** | | | | |
| Account No. **xxxxx6022** <br> **CHICAGO TRIBUNE** <br> **P.O. BOX 6315** <br> **CHICAGO, IL 60680-6315** | | J | **2002 - 2005** <br> **Magazine/subscription** | | | | 232.68 |
| Account No. **xxxxx6915** <br> **CHICAGO TRIBUNE** <br> **P.O. BOX 7904** <br> **CHICAGO, IL 60680-7904** | | J | **2002 - 2005** <br> **Magazine/subscription** | | | | 340.04 |
| Account No. **xxx7011** <br> **CHICAGO TRIBUNE** <br> **P.O. BOX 7904** <br> **CHICAGO, IL 60680-7904** | | J | **2002 - 2005** <br> **Magazine/subscription** | | | | 340.04 |
| Account No. <br> **Additional Notice:** <br> **CHICAGO TRIBUNE** | | | **Biehl & Biehl** <br> **411 E. Irving Park Road** <br> **Bensenville, IL 60106** | | | | |

Sheet no. __8__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                912.76

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**
        **Elisa Michelle Spilotro**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx6766**<br><br>**CHICAGO TRIBUNE**<br>**P.O. BOX 6315**<br>**CHICAGO, IL 60680-6315** | J | | | | **2002 - 2005**<br>**Magazine/subscription** | | | | **3,248.51** |
| Account No.<br><br>**Additional Notice:**<br>**CHICAGO TRIBUNE** | | | | | **Biehl & Biehl**<br>**411 E. Irving Park Road**<br>**Bensenville, IL 60106** | | | | |
| Account No. **xxx-xx-0414**<br><br>**Childrens Memorial**<br>**PO Box 428189**<br>**Chicago, IL** | J | | | | **2003**<br>**Medical or Dental services** | | | | **190.00** |
| Account No.<br><br>**Additional Notice:**<br>**Childrens Memorial** | | | | | **PFF Emergency Services**<br>**P.O. Box 428189**<br>**Evergreen Park, IL 60805** | | | | |
| Account No. **xxxxxx0008**<br><br>**Childrens Memorial**<br>**PO Box 428189**<br>**Chicago, IL** | J | | | | **2002 - 2005**<br>**Medical or Dental services** | | | | **86.00** |

Sheet no. __**9**___ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,524.51**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**                                    Case No. _____
        **Elisa Michelle Spilotro,**
_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0816**<br><br>**Childrens Memorial**<br>**PO Box 428189**<br>**Chicago, IL** | | J | **2002 - 2005**<br>**Medical or Dental services** | | | | 120.42 |
| Account No. **xxxxxx0137**<br><br>**Childrens Memorial**<br>**PO Box 428189**<br>**Chicago, IL** | | J | **2002 - 2005**<br>**Medical or Dental services** | | | | 150.00 |
| Account No. **xxxxxx0562**<br><br>**Childrens Memorial**<br>**PO Box 428189**<br>**Chicago, IL** | | J | **2002 - 2005**<br>**Medical or Dental services** | | | | 198.00 |
| Account No. **xxxx-xxxx-xxxx-2065**<br><br>**CHLD/CBUSA**<br>**P.O. Box 5002**<br>**Sioux Falls, SD 57117** | | J | **2001 - 2005**<br>**Credit card or Credit Use** | | | | 425.00 |
| Account No. **xxxx-xxxx-xxxx-1718**<br><br>**Citi Cards**<br>**POB 6405**<br>**The Lakes, NV 88901-6405** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | 6,067.00 |

Sheet no. __**10**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         6,960.42

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**
     **Elisa Michelle Spilotro**

Case No. _____

                                                  ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9483 <br><br> **Citi Cards** <br> **POB 6405** <br> **The Lakes, NV 88901-6405** | | J | 2002 - 2005 <br> **Credit card or Credit Use** | | | | 1,976.49 |
| Account No. xxxx-xxxx-xxxx-2065 <br><br> **Citibank Children's Place** <br> **P.O. Box 9007** <br> **Renton, WA 98057** | | J | 2002 - 2005 <br> **Credit card or Credit Use** | | | | 392.81 |
| Account No. <br><br> **Additional Notice:** <br> **Citibank Children's Place** | | | **ER Solutions, Inc.** <br> **P.O. Box 9004** <br> **Renton, WA 98057** | | | | |
| Account No. xxxxx9430 <br><br> **City of Chicago - Bureau of Parking** <br> **Attn: Bankruptcy Unit** <br> **333 S. State St. Rm#540** <br> **Chicago, IL 60604** | | J | 2003 <br> **Fines/Parking Tickets** | | | | 360.00 |
| Account No. xxxxx4865 <br><br> **City of Chicago - Bureau of Parking** <br> **Attn: Bankruptcy Unit** <br> **333 S. State St. Rm#540** <br> **Chicago, IL 60604** | | J | 2001 <br> **Tickets** | | | | 60.00 |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,789.30

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
**Elisa Michelle Spilotro,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0414** <br><br> **City of Chicago - Dept of Law** <br> **121 N. LaSalle** <br> **Room 600** <br> **Chicago, IL 60602** | | J | **2002 - 2005** <br> **Fines/Parking Tickets** | | | | **Unknown** |
| Account No. **xxxxx2915** <br><br> **City of Waukegan** <br> **106 N. Martin Luther** <br> **Waukegan, IL 60085** | | J | **2004 - 2005** <br> **Fines/Parking Tickets** | | | | **5.00** |
| Account No. **xxxxxx3018** <br><br> **Com Ed** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | | J | **2002 - 2005** <br> **Utility Bills or Cellular Service** | | | | **1,404.35** |
| Account No. **xxxxxx4033** <br><br> **Com Ed** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | | J | **2002 - 2005** <br> **Utility Bills or Cellular Service** | | | | **936.69** |
| Account No. **xxxxxx4040** <br><br> **Com Ed** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | | J | **2002 - 2005** <br> **Utility Bills or Cellular Service** | | | | **328.78** |

Sheet no. __12__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,674.82**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
         **Elisa Michelle Spilotro,**

Case No. _____

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3018** <br><br> **Com Ed** <br> **2100 Swift Drive** <br> **Oak Brook, IL 60523** | | J | **3559093018** <br> **Utility Bills or Cellular Service** | | | | 1,404.35 |
| Account No. **xx7544** <br><br> **Community Radiology** <br> **360 West Butterfield, Suite 340** <br> **Elmhurst, IL 60126** | | J | **2004** <br> **Medical Services** | | | | 35.00 |
| Account No. **xx7544** <br><br> **COMMUNITY RADIOLOGY LTD.** <br> **360 W. BUTTERFIELD, SUITE 340** <br> **ELMHURST, IL 60126** | | J | **627544** <br> **Medical or Dental services** | | | | 35.00 |
| Account No. **xx0530** <br><br> **Corpex** <br> **140 Fifth Ave.** <br> **Bay Shore, NY 11706** | | J | **Credit card or Credit Use** <br> **Credit card or Credit Use** | | | | 91.38 |
| Account No. **xxxx6076** <br><br> **CR SYST INTR** <br> **Ill. Ind. Emergency Med. Services** <br> **1277 Country Club** <br> **Fort Worth, TX 76112** | | W | **2001 - 2004** <br> **Medical or Dental services** | | | | 100.00 |

Sheet no. __**13**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,665.73 |
|---|

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**
**Elisa Michelle Spilotro**

Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2790**<br><br>**Credit System Int.**<br>**1277 Country Club**<br>**Fort Worth, TX 76112** | | W | **2001**<br>**Credit card or Credit Use** | | | | 297.00 |
| Account No. **xxx-xx-0414**<br><br>**DIVERSIFIED EMERGENCY SERVICES**<br>**900 OAKMONT LANE**<br>**SUTIE 200**<br>**WESTMONT, IL 60559** | | J | **2004**<br>**Medical or Dental services** | | | | 763.00 |
| Account No.<br><br>**Additional Notice:**<br>**DIVERSIFIED EMERGENCY SERVICES** | | | **Credit System Int.**<br>**1277 Country Club**<br>**Fort Worth, TX 76112** | | | | |
| Account No.<br><br>**Additional Notice:**<br>**DIVERSIFIED EMERGENCY SERVICES** | | | **Van Ru Credit Corporation**<br>**P.O. Box 618**<br>**Park Ridge, IL 60068** | | | | |
| Account No. **xxx4020**<br><br>**DIVERSIFIED EMERGENCY SERVICES**<br>**900 OAKMONT LANE**<br>**SUTIE 200**<br>**WESTMONT, IL 60559** | | J | **2002 - 2005**<br>**Medical or Dental services** | | | | 100.00 |

Sheet no. __14__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **1,160.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
  **Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Additional Notice:**<br>**DIVERSIFIED EMERGENCY SERVICES** | | | | | Credit System Int.<br>1277 Country Club<br>Fort Worth, TX 76112 | | | | |
| Account No. **xx8672**<br><br>**EHC Medical Group Northwest Suburban LLC**<br>**4250 North Marine Drive #236**<br>**Chicago, IL 60613** | | | J | | 2002 - 2005<br>Medical or Dental services | | | | 96.00 |
| Account No. **xxx-xx-0414**<br><br>**Elena M. Duarte**<br>**5901 N. Cicero**<br>**Chicago, IL** | | | J | | 2005<br>Attorney Fees | | | | 1,961.60 |
| Account No. **Pxxx5999**<br><br>**Elmwood Park Public Safety Building**<br>**7420 W. Fullerton Ave.**<br>**Elmwood Park, IL 60707** | | | J | | 2004<br>Fines/Parking Tickets | | | | 350.00 |
| Account No. **xxxx3472**<br><br>**Emergency Care Physicians Spec.**<br>**36333 Eagle Way**<br>**Chicago, IL 60678** | | | J | | 2002 - 2005<br>Medical or Dental services | | | | 343.00 |

Sheet no. __15__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,750.60

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
        **Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx7641**<br><br>**Express**<br>**PO Box 659728**<br>**San Antonio, TX 78265** | | J | | 2002 - 2005<br>Credit card or Credit Use | | | | 255.89 |
| Account No. **xxx-xx-0414**<br><br>**Family Practice**<br>**P.O. Box 4502**<br>**Oak Park, IL 60301** | | J | | 2002 - 2005<br>Medical or Dental services | | | | 138.00 |
| Account No. **xxxxx5706**<br><br>**Farmers Insurance**<br>**P.O. Box 310731**<br>**Boca Raton, FL 33431-0731** | | J | | 2002 - 2005<br>Credit card or Credit Use | | | | 99.98 |
| Account No.<br><br>**Additional Notice:**<br>**Farmers Insurance** | | | | Credit Collection Services<br>Client Services<br>2 Wells Ave.<br>Newton Center, MA 02459-3208 | | | | |
| Account No. **xx0-154**<br><br>**Fox Securiy Services**<br>**5037 W. Belmont**<br>**Chicago, IL 60641** | | J | | 2000<br>Credit card or Credit Use | | | | 500.00 |

Sheet no. __16__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

993.87

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
　　 **Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5948** <br><br> **Geico Direct** <br> **One Geico Center** <br> **Macon, GA 31296-0001** | | J | **2002 - 2005** <br> **Credit card or Credit Use** | | | | 385.80 |
| Account No. **xxxxxxxxxxx1634** <br><br> **GEMB / Walmart** <br> **P.O. Box 984100** <br> **El Paso, TX 79998** | | H | **1999 - 2005** <br> **Credit card or Credit Use** | | | | 383.00 |
| Account No. **xxxxx5948** <br><br> **GEMB/Gap** <br> **PO Box 276** <br> **Dayton, OH 45401** | | J | **2002 - 2005** <br> **Credit card or Credit Use** | | | | 385.80 |
| Account No. <br><br> **Additional Notice:** <br> **GEMB/Gap** | | | **FIRST REVENUE ASSURANCE** <br> **P.O. BOX 5818** <br> **Denver, CO 80217** | | | | |
| Account No. **xxx-xx-0414** <br><br> **GEMB/Lowes** <br> **P.O. Box 103065** <br> **Roswell, GA 30076** | | H | **2003 - 2005** <br> **Credit card or Credit Use** | | | | 33,172.00 |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,326.60

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**
     **Elisa Michelle Spilotro,**
                                 Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx4374**<br><br>**GEMB/Lowes**<br>**P.O. Box 103065**<br>**Roswell, GA 30076** | | J | | **2002 - 2005**<br>**Credit card or Credit Use** | | | | **17,069.85** |
| Account No. **CxxLxxxxxxx6624**<br><br>**GEMB/Lowes**<br>**P.O. Box 103065**<br>**Roswell, GA 30076** | | J | | **2002 - 2005**<br>**Credit card or Credit Use** | | | | **23,633.71** |
| Account No.<br><br>Additional Notice:<br>GEMB/Lowes | | | | **Penn Credit Corporation**<br>**PO Box 988**<br>**Harrisburg, PA 17108-0988** | | | | |
| Account No. **Cxxxxxxxxx6632**<br><br>**GEMB/Lowes**<br>**P.O. Box 103065**<br>**Roswell, GA 30076** | | J | | **2002 - 2005**<br>**Credit card or Credit Use** | | | | **9,538.21** |
| Account No.<br><br>Additional Notice:<br>GEMB/Lowes | | | | **International Debt Resolution**<br>**231 E. Main St.**<br>**Suite 240**<br>**Round Rock, TX 78664** | | | | |

Sheet no. __**18**__ of __**37**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **50,241.77**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Michael John Spilotro,**
**Elisa Michelle Spilotro**                                                Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx7153<br><br>**GEMB/OLD NAVY**<br>**P.O. Box  981400**<br>**El Paso, TX 79998** | | W | **2004 - 2005**<br>**Credit card or Credit Use** | | | | 347.00 |
| Account No. xxx-xx-0414<br><br>**GOTTLIEB MEMORIAL HOSPITAL**<br>**701 WEST NORTH AVENUE**<br>**Melrose Park, IL 60160** | | J | **2004**<br>**Medical or Dental services** | | | | 1,429.28 |
| Account No.<br><br>**Additional Notice:**<br>**GOTTLIEB MEMORIAL HOSPITAL** | | | **HARRIS & HARRIS, Ltd.**<br>**600 W. Jackson Blvd., Suite 400**<br>**Chicago, IL 60661** | | | | |
| Account No. Gxxxx6944<br><br>**GOTTLIEB MEMORIAL HOSPITAL**<br>**701 WEST NORTH AVENUE**<br>**Melrose Park, IL 60160** | | J | **2002 - 2005**<br>**Medical or Dental services** | | | | 1,143.25 |
| Account No. xxxx1912; xxxx1998<br><br>**Harcourt Learning Direct**<br>**925 Oak Street**<br>**Scranton, PA 18515** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | 1,378.00 |

Sheet no. __**19**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,297.53

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
    **Elisa Michelle Spilotro**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxxxxxxx9483**<br><br>**Helzberg Diamonds**<br>**P.O. Box 9714**<br>**Johnson City, TN 37615** | | H | | **2001 - 2005**<br>**Credit card or Credit Use** | | | | 1,976.00 |
| Account No. **xxx-xx-0414**<br><br>**HMS**<br>**931 Corp Cntr Dr**<br>**Pomona, CA 91769** | | J | | **2005**<br>**Utility Bills or Cellular Service** | | | | 420.00 |
| Account No. **xxx9893**<br><br>**Illinois Collection Service, Inc.**<br>**P.O. Box 646**<br>**Oak Lawn, IL 60454** | | J | | **2002 - 2005**<br>**Medical or Dental services** | | | | 2,143.00 |
| Account No. **xx4775**<br><br>**KCA Fianancial Services**<br>**628 North Street**<br>**POB 53**<br>**Geneva, IL 60134** | | J | | **2004**<br>**Collections** | | | | 117.00 |
| Account No. **xxx5331**<br><br>**KCA Financial Svcs**<br>**POB 53**<br>**Geneva, IL 60134-0053** | | H | | **2005**<br>**Credit card or Credit Use** | | | | 117.00 |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,773.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**
       **Elisa Michelle Spilotro**
                                                                      Case No. _____

                                                          ,
                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x4844**<br><br>**Law Offices of Jean Conde**<br>**35 E. Wacker Drive**<br>**Suite 650**<br>**Chicago, IL 60601** | | | J | | **2002 - 2005**<br>**Attorney/Professional Fees** | | | | 3,468.75 |
| Account No. **Mxxx2190**<br><br>**LGMG Physicians Services**<br>**1011 E. Touhy**<br>**Des Plaines, IL 60018** | | | J | | **2000 - 2005**<br>**Medical or Dental services** | | | | 2,000.00 |
| Account No. **M-xxx2190**<br><br>**LGMG Physicians Services**<br>**1011 E. Touhy**<br>**Des Plaines, IL 60018** | | | J | | **1996**<br>**Credit card or Credit Use** | | | | 6.55 |
| Account No. **Jxx2337**<br><br>**Linebarger Goggan Blair & Sampson**<br>**P.O. Box 06152**<br>**Chicago, IL 60606-0152** | | | J | | **2001**<br>**Fines/Parking Tickets** | | | | 102.00 |
| Account No. **xxxxxxxx0107**<br><br>**Loyola University Medical Center**<br>**2160 South 1st Avenue**<br>**Maywood, IL 60153** | | | J | | **2004**<br>**Medical Center** | | | | 289.01 |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,866.31**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
  **Elisa Michelle Spilotro**
_____,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0414**<br><br>**Lutheran General Hospital**<br>**P.O. Box 73208**<br>**Chicago, IL 60673** | | J | **2000 - 2005**<br>**Medical or Dental services** | | | | 2,000.00 |
| Account No. **xxx6765**<br><br>**Maria Olavarria**<br>**4113 W. Barry**<br>**Chicago, IL 60641** | | J | **2001**<br>**Notice Only** | | | | 6,200.00 |
| Account No. **PAxxxx922-0**<br><br>**Mariposa Pathology Associates**<br>**5219 North Harlem Avenue**<br>**Chicago, IL 60656** | | J | **2002**<br>**Medical Services** | | | | 108.00 |
| Account No. **xx5922**<br><br>**Marus Cardiology**<br>**9410 Compubill Drive**<br>**Orland Park, IL 60462** | | J | **2004**<br>**Medical Services** | | | | 35.00 |
| Account No. **xxxx-xxxx-xxxx-7967**<br><br>**MBNA America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | 9,500.00 |

Sheet no. __**22**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,843.00

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
**Elisa Michelle Spilotro**                                          Case No. _____

                                                                                              ,
                                                         Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1026**<br><br>**MBNA America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | **5,000.00** |
| Account No. **Mxx xxxxxxxxx9343**<br><br>**MBNA America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | **13,971.81** |
| Account No.<br><br>**Additional Notice:**<br>**MBNA America** | | | **LTD Financial Services, L.P.**<br>**7322 Southwest Freeway**<br>**Suite 1600**<br>**Houston, TX 77074** | | | | |
| Account No. **xxx6896**<br><br>**Med Coll Sys**<br>**175 W. Jackson**<br>**Chicago, IL 60604** | | W | **2003 - 2005**<br>**Medical or Dental services** | | | | **190.00** |
| Account No. **xxx9028**<br><br>**Med Coll Sys**<br>**175 W. Jackson**<br>**Chicago, IL 60604** | | W | **2002 - 2005**<br>**Credit card or Credit Use** | | | | **190.00** |

Sheet no. __23__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **19,351.81**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
**Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0462**<br><br>**Medical Imaging Professionals**<br>**9410 Compubull Drive**<br>**Orland Park, IL 60462** | | J | **2004**<br>**Medical Services** | | | | **111.00** |
| Account No. **xx7084**<br><br>**Medical Imaging Professionals**<br>**9410 Compubill Drive**<br>**Orland Park, IL 60462** | | J | **2004**<br>**Medical Services** | | | | **63.00** |
| Account No. **xx D xx0102**<br><br>**Michael A. Haber & Associates**<br>**120 W. Madison St.**<br>**Suite 600**<br>**Chicago, IL 60602** | | J | **2002 - 2005**<br>**Attorney/Professional Fees** | | | | **15,841.70** |
| Account No. **xxxxxxxxxx0131**<br><br>**Nicor Gas**<br>**PO Box 310**<br>**Aurora, IL 60507** | | H | **2002 - 2005**<br>**Utility Bills or Cellular Service** | | | | **1,222.00** |
| Account No. **xxxxx8895**<br><br>**Nicor Gas**<br>**PO Box 310**<br>**Aurora, IL 60507** | | J | **2002 - 2005**<br>**Utility Bills or Cellular Service** | | | | **1,177.26** |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,414.96**

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
     **Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4241**<br><br>**NO IL Emergency & Occupational**<br>**33786 Treasury Century**<br>**Chicago, IL 60694** | | J | 2004<br>Medical Services | | | | 153.00 |
| Account No. **xx7084**<br><br>**NO IL Emergency & Occupational**<br>**33786 Treasury Century**<br>**Chicago, IL 60694** | | J | 2004<br>Medical Services | | | | 228.00 |
| Account No. **xxxxxxxx2107**<br><br>**Noel G. Alcantara**<br>**P.O. Box 2909**<br>**Darien, IL 60561-7909** | | J | 2002 - 2005<br>Medical or Dental services | | | | 450.00 |
| Account No. **xxxx-xxxx-xxxx-7906**<br><br>**Nordstrom Bank**<br>**POB 79137**<br>**Phoenix, AZ 85062-9137** | | J | 2002 - 2005<br>Credit card or Credit Use | | | | 6,592.51 |
| Account No. **xxx-xx-0414**<br><br>**NORTH CENTRAL RADIOLOGY, SC**<br>**641 E. BUTTERFIELD RD. , SUITE 407**<br>**Lombard, IL 60148** | | J | 1998<br>Medical or Dental services | | | | 147.00 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,570.51

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**                                          Case No. _____
       **Elisa Michelle Spilotro**
_____,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx6-001**<br><br>**Northwestern Memorial Hospital**<br>**251 East Huron**<br>**Chicago, IL 60611** | | J | **2004**<br>**Medical Services** | | | | 328.16 |
| Account No. **xxxxxxxxxx-xxx6323**<br><br>**OSI Collections Services, Inc.**<br>**P.O. Box 957**<br>**Brookfield, WI 53008** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | 475.00 |
| Account No. **xxx-xx-0414**<br><br>**Our Lady of Resurrection Med. Ctr.**<br>**5645 West Addison Street**<br>**Chicago, IL 60634** | | J | **1996**<br>**Medical or Dental services** | | | | 524.75 |
| Account No. **Dxxxxxx0344**<br><br>**Our Lady of Resurrection Med. Ctr.**<br>**5645 West Addison Street**<br>**Chicago, IL 60634** | | J | **2004**<br>**Medical Services** | | | | 451.88 |
| Account No. **xxxxx8901**<br><br>**Oxford Collection Service**<br>**135 Maxess Rd. Ste. 2A**<br>**Melville, NY 11747** | | W | **2004 - 2005**<br>**Credit card or Credit Use** | | | | 533.00 |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,312.79**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
     **Elisa Michelle Spilotro**

Case No. _____

_____ ,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4328**<br><br>**Park Supply**<br>**1100 E. Woodfield Rd.**<br>**Schaumburg, IL 60173** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | 2,541.64 |
| Account No.<br><br>**Additional Notice:**<br>**Park Supply** | | | **Caine and Weiner**<br>**15025 Oxnard St.**<br>**Van Nuys, CA 91411** | | | | |
| Account No. **xxxx1018**<br><br>**Pediactric Treatment**<br>**50 S. LaSalle**<br>**Box 92697**<br>**Chicago, IL 60675** | | J | **2002 - 2005**<br>**Medical or Dental services** | | | | 50.00 |
| Account No.<br><br>**Penny Kats**<br>**30 North Michigan**<br>**Chicago, IL** | | J | **2005**<br>**Unknown** | | | | 150.00 |
| Account No. **xxxxxxxx9433**<br><br>**Peoples Energy**<br>**130 E. Randolph Dr.**<br>**Chicago, IL 60601** | | H | **2004 - 2005**<br>**Utility Bills or Cellular Service** | | | | 1,903.24 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,644.88

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
   **Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx7154** <br><br>**Peoples Energy** <br>**130 E. Randolph Dr.** <br>**Chicago, IL 60601** | | W | **2005** <br>**Utility Bills or Cellular Service** | | | | 41.00 |
| Account No. **xxxxxxxx0454** <br><br>**Peoples Energy** <br>**130 E. Randolph Dr.** <br>**Chicago, IL 60601** | | J | **2002 - 2005** <br>**Utility Bills or Cellular Service** | | | | 76.07 |
| Account No. **xxxxxxxx5396** <br><br>**Peoples Energy** <br>**130 E. Randolph Dr.** <br>**Chicago, IL 60601** | | J | **2002 - 2005** <br>**Utility Bills or Cellular Service** | | | | 1,048.50 |
| Account No. **xxxxxxxx7265** <br><br>**Peoples Energy** <br>**130 E. Randolph Dr.** <br>**Chicago, IL 60601** | | J | **2002 - 2005** <br>**Utility Bills or Cellular Service** | | | | 31.74 |
| Account No. **xxxxxxxx7086** <br><br>**Peoples Energy** <br>**130 E. Randolph Dr.** <br>**Chicago, IL 60601** | | J | **2002 - 2005** <br>**Utility Bills or Cellular Service** | | | | 348.24 |

Husband, Wife, Joint, or Community

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,545.55**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**                                Case No. _____
     **Elisa Michelle Spilotro,**

                                                  Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxx6564** | | | | Utility Bills or Cellular Service | | | | |
| **Peoples Energy** **130 E. Randolph Dr.** **Chicago, IL 60601** | | | J | Utility Bills or Cellular Service | | | | 1,020.12 |
| Account No. **xxxxxxxx7622** | | | | 2000 - 2005 | | | | |
| **Peoples Energy** **130 E. Randolph Dr.** **Chicago, IL 60601** | | | J | Utility Bills or Cellular Service | | | | 270.36 |
| Account No. **xxxxxxxx7086** | | | | 2000 - 2005 | | | | |
| **Peoples Energy** **130 E. Randolph Dr.** **Chicago, IL 60601** | | | J | Utility Bills or Cellular Service | | | | 286.90 |
| Account No. **xxxxxxxx0496** | | | | 2000 - 2005 | | | | |
| **Peoples Energy** **130 E. Randolph Dr.** **Chicago, IL 60601** | | | J | Utility Bills or Cellular Service | | | | 484.84 |
| Account No. **xxxxxxx1110** | | | | 2001 | | | | |
| **Peoples Energy** **130 E. Randolph Dr.** **Chicago, IL 60601** | | | J | Electric Services | | | | 60.00 |

Sheet no. __**29**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,122.22**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
       **Elisa Michelle Spilotro**                                                Case No. _____

_____,
                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx7086**<br><br>**Peoples Energy**<br>**130 E. Randolph Dr.**<br>**Chicago, IL 60601** | | J | **2005**<br>**Electric Services** | | | | 410.76 |
| Account No. **xxxxPERxxx-x0562**<br><br>**PFF Emergency Services**<br>**P.O. Box 428189**<br>**Evergreen Park, IL 60805** | | J | **2002 - 2005**<br>**Medical or Dental services** | | | | 220.00 |
| Account No. **xxx-9028**<br><br>**PFF Emergency Services**<br>**C/O Medical Collection Services**<br>**725 South Wells Street**<br>**Chicago, IL 60607** | | J | **2004**<br>**Medical Services** | | | | 200.00 |
| Account No. **xxx-6896**<br><br>**PFF Emergency Services**<br>**C/O Medical Collection Services**<br>**725 South Wells Street**<br>**Chicago, IL 60607** | | J | **2004**<br>**Medical Sevices** | | | | 190.00 |
| Account No. **xxx-xx1-832**<br><br>**PIER 1 IMPORTS**<br>**9111 DUKE BLVD.**<br>**Mason, OH 45040-9548** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | 983.17 |

Sheet no. __**30**__ of __**37**__ sheets attached to Schedule of          Subtotal                     2,003.93
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**   **Elisa Michelle Spilotro,**                                                   Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Gxxxx1689**<br><br>**Powers and Moon**<br>**707 Lake Cook Road**<br>**Deerfield, IL 60015** | | J | **2002**<br>**Collections** | | | | 1,100.00 |
| Account No. **xxxxxxx2078**<br><br>**Quest Diagnostics**<br>**POB 64500**<br>**Baltimore, MD 21264** | | J | **2004**<br>**Medical Services** | | | | 123.65 |
| Account No. **xxxxxxx2270**<br><br>**Quest Diagnostics**<br>**P.O. Box 64500**<br>**Baltimore, MD 21264** | | J | **2004**<br>**Medical Services** | | | | 54.00 |
| Account No. **xxx-xx-0414**<br><br>**Quest Diagonstics**<br>**P.O. Box 64804**<br>**Baltimore, MD 21264-4804** | | J | **2001**<br>**Credit card or Credit Use** | | | | 123.65 |
| Account No.<br><br>**Additional Notice:**<br>**Quest Diagonstics** | | | **AMCA Collection Agency**<br>**RE: QUEST DIAGNOSTICS, INC,**<br>**P.O. Box 1235**<br>**Elmsford, NY 10523** | | | | |

Sheet no. __31__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,401.30**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
   **Elisa Michelle Spilotro**
_____,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0414**<br><br>**Ressurrection Medical Center**<br>**7435 W. Talcott**<br>**Chicago, IL 60631-3746** | | J | **1996**<br>**Medical or Dental services** | | | | 315.00 |
| Account No. **3068**<br><br>**Safe Deposit**<br>**5900 W. Irving Pk Rd.**<br>**Chicago, IL 60634** | | J | **2002 - 2005**<br>**Credit card or Credit Use** | | | | 133.00 |
| Account No. **xxx-xx-0414**<br><br>**SBC***<br>**P.O. Box 5072**<br>**Saginaw, MI 48605** | | J | **2005**<br>**Utility Bills or Cellular Service** | | | | 200.00 |
| Account No.<br><br>**Additional Notice:**<br>**SBC*** | | | **CCA**<br>**PO BOX 46101**<br>**Las Vegas, NV 89114** | | | | |
| Account No. **xxxxxxxxxx1512**<br><br>**SBC***<br>**P.O. Box 5072**<br>**Saginaw, MI 48605** | | J | **2002 - 2005**<br>**Utility Bills or Cellular Service** | | | | 473.17 |

Sheet no. __**32**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,121.17

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
     **Elisa Michelle Spilotro,**
                                             ,

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx7290** <br><br> **SBC\*** <br> **P.O. Box 5072** <br> **Saginaw, MI 48605** | | J | **2002 - 2005** <br> **Utility Bills or Cellular Service** | | | | **69.47** |
| Account No. **xxxxxxxxx4191** <br><br> **SBC\*** <br> **P.O. Box 5072** <br> **Saginaw, MI 48605** | | J | **2002 - 2005** <br> **Utility Bills or Cellular Service** | | | | **146.54** |
| Account No. **Exxxxxxx0082** <br><br> **St. Elizabeth Hospital** <br> **1431 North Claremont Avenue** <br> **Chicago, IL 60622** | | J | **2004** <br> **Medical Services** | | | | **864.00** |
| Account No. **xxx-xx-0414** <br><br> **ST. ELIZABETH'S HOSPITAL** <br> **1431 NORTH CLAREMENT AVENUE** <br> **CHICAGO, IL 60622** | | J | **2004** <br> **Medical or Dental services** | | | | **837.00** |
| Account No. <br><br> **Additional Notice:** <br> **ST. ELIZABETH'S HOSPITAL** | | | **Malcom S. Gerald And  Associates** <br> **332 S. Michigan Ave Ste 514** <br> **Chicago, IL 60604** | | | | |

Sheet no. **33** of **37** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,917.01**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re **Michael John Spilotro,**
**Elisa Michelle Spilotro**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx6152** <br><br> **St. Elizabeth's Hospital/TRSI** <br> **POB 2170** <br> **Aurora, IL 60507** | | J | | **2004** <br> **Medical Services** | | | | 140.00 |
| Account No. **xxx-xx-0414** <br><br> **St. John Heart Clinic SC** <br> **2222 W. Division St.** <br> **Suite 100** <br> **Oak Brook, IL 60523** | | J | | **2002** <br> **Medical or Dental services** | | | | 44.00 |
| Account No. **xxxxx2983** <br><br> **St. Mary of Nazareth** <br> **2233 W. Division Street** <br> **Chicago, IL 60622** | | J | | **2004** <br> **Medical Services** | | | | 1,294.00 |
| Account No. **xxx-xx-0414** <br><br> **St. Mary of Nazareth** <br> **2233 W. Division** <br> **Chicago, IL 60622** | | J | | **2003** <br> **Medical or Dental services** | | | | 343.00 |
| Account No. <br><br> **Additional Notice:** <br> **St. Mary of Nazareth** | | | | **Harvard Collections** <br> **4839 N. Elston** <br> **Chicago, IL 60630** | | | | |

| | |
|---|---|
| Sheet no. \_\_**34**\_\_ of \_\_**37**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)     1,821.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
        **Elisa Michelle Spilotro**

Case No. _____

_____ ,
                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx0046** <br><br> **SW CRDT SYS** <br> **5910 W. Plano Pkwy.** <br> **Suite 100** <br> **Plano, TX 75093** | | | W | | **2002 - 2003** <br> **Credit card or Credit Use** | | | | 756.00 |
| Account No. **xxxx-xxxx-xxxx-6486** <br><br> **The Bureaus** <br> **1717 Central St** <br> **Evanston, IL 60201** | | | J | | **2002 - 2005** <br> **Credit card or Credit Use** | | | | 10,414.49 |
| Account No. **xxxxxx8501** <br><br> **Trust Receivable Service** <br> **541 Otis Bowen Drive** <br> **Munster, IN 46321** | | | W | | **2004 - 2005** <br> **Credit card or Credit Use** | | | | 718.00 |
| Account No. **xxx-xx-0414** <br><br> **United Carpet Wholesalers** <br> **1933 S. Wright Blvd.** <br> **Schaumburg, IL 60193** | | | J | | **2004** <br> **Credit card or Credit Use** | | | | 2,526.00 |
| Account No. **xxxx-xxxx-xxxx-4622** <br><br> **United Recovery Systems** <br> **5800 N. Course Drive** <br> **Houston, TX 77072** | | | J | | **2002 - 2005** <br> **Credit card or Credit Use** | | | | 3,083.21 |

Sheet no. __**35**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,497.70

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Michael John Spilotro,**
     **Elisa Michelle Spilotro,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0118**<br><br>**Van Ru Credit Corperation**<br>**POB 46249**<br>**Chicago, IL 60646** | | J | 2004<br>Medical Services | | | | 165.00 |
| Account No. **xxxx0247**<br><br>**Van Ru Credit Corporation**<br>**P.O. Box 618**<br>**Park Ridge, IL 60068** | | W | 2005<br>Credit card or Credit Use | | | | 248.00 |
| Account No. **Exx8971A**<br><br>**Village Imaging Professionals**<br>**36944 Treasury**<br>**Chicago, IL 60694** | | J | 2004<br>Medical Services | | | | 36.00 |
| Account No. **xxxxxxxxxxx1634**<br><br>**WALMART**<br>**P.O. BOX 960023**<br>**ORLANDO, FL 32896** | | J | 2002 - 2005<br>Credit card or Credit Use | | | | 322.68 |
| Account No. **xxxxxxxxxxxxx7641**<br><br>**WFNNB - Express**<br>**P.O. Box 330066**<br>**Denver, CO 80233-0066** | | W | 2003 - 2005<br>Credit card or Credit Use | | | | 359.00 |

Sheet no. __36__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,130.68**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Michael John Spilotro,**
**Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxxxxx1864**  WFNNB/Harlem Furniture PO BOX 2974 Mission, KS 66201 | | H | | | **2002 - 2005 Credit card or Credit Use** | | | | 5,500.00 |
| Account No. **xxxxxxxxxxxx8189**  WFNNB/Harlem Furniture PO BOX 2974 Mission, KS 66201 | | W | | | **2003 - 2005 Credit card or Credit Use** | | | | 4,499.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **9,999.00**

Total
(Report on Summary of Schedules)   **356,893.81**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Michael John Spilotro,**                                       Case No. _____
       **Elisa Michelle Spilotro**

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

   **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re    **Michael John Spilotro,**
      **Elisa Michelle Spilotro**

Case No. _____

_____,
Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(12/03)

In re **Michael John Spilotro**
     **Elisa Michelle Spilotro**                              Case No. _____
                                    Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **Dependent** | **11** |
| | **Dependent** | **9** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | **Unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 0.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 0.00 | $ | 0.00 |

TOTAL COMBINED MONTHLY INCOME   $ _____ 0.00   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **Michael John Spilotro**
**Elisa Michelle Spilotro**

Debtor(s)

Case No. _____

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?     Yes ___    No **X** | | |
| Is property insurance included?     Yes ___    No **X** | | |
| Utilities:   Electricity and heating fuel | $ | 40.00 |
|     Water and sewer | $ | 0.00 |
|     Telephone | $ | 0.00 |
|     Other   **Cell** | $ | 99.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 450.00 |
| Clothing | $ | 0.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 160.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 60.00 |
|     Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|     Auto | $ | 294.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other   **Personal grooming, haircuts** | $ | 100.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | **1,203.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N/A |
| B.  Total projected monthly expenses | $ | N/A |
| C.  Excess income (A minus B) | $ | N/A |
| D.  Total amount to be paid into plan each | $ | N/A |

(interval)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Michael John Spilotro**
**Elisa Michelle Spilotro**

Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____**50**____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my
knowledge, information, and belief.

Date   **October 16, 2005**                    Signature   **/s/ Michael John Spilotro**
                                                          **Michael John Spilotro**
                                                          Debtor

Date   **October 16, 2005**                    Signature   **/s/ Elisa Michelle Spilotro**
                                                          **Elisa Michelle Spilotro**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael John Spilotro**
**Elisa Michelle Spilotro**
           Case No. _____
Debtor(s)      Chapter   **7**  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$25,000.00** | **Employment income - estimated 2003** |
| **$0.00** | **Employment income - estimated 2004** |
| **$0.00** | **Employment income - 2004 year-to-date** |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **Non-employment income (i.e. unemployment compensation, social security, pension) - estimated 2002** |

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **Non-employment income (i.e. unemployment compensation, social security, pension) - estimated 2003** |
| $0.00 | **Non-employment income (i.e. unemployment compensation, social security, pension) - estimated 2004 year-to-date** |

### 3. Payments to creditors

None ■    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pending Divorce** | **Domestic Action** | **Circuit Court of Cook County, Domestic Relations** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None □    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **The Law Offices of Ernesto D. Borges 105 W. Madison, Suite 2300 Chicago, IL 60602** | **2005** | **None other than as stated on 2016(b).** |

### 10. Other transfers

None ■    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

4

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2109 N. 73rd Court Elmwood Park, IL 60707** | **Same** | **01/2002 - 06/2004** |

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **October 16, 2005**          Signature    **/s/ Michael John Spilotro**

**Michael John Spilotro**
Debtor


Date **October 16, 2005**          Signature    **/s/ Elisa Michelle Spilotro**

**Elisa Michelle Spilotro**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael John Spilotro**
  **Elisa Michelle Spilotro**

Debtor(s)

Case No.

Chapter   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| | **Description of Property** | **Creditor's name** |
|---|---|---|
| 1. | **2109 N. 73rd Court** **Elmwood Park, IL 60707 (Debtors to Surrender)** | **Chase Home Finance** |
| 2. | **2109 N. 73rd Court** **Elmwood Park, IL 60707 (Debtors to Surrender)** | **Wilshire Financial Services** |

*b. Property to Be Retained*       *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | **2000 Mercedez Benz 230 w/ approx. 48,000 in mileage** | **Western Federal Credit Union** | | | **X** |

Date   **October 16, 2005**      Signature   **/s/ Michael John Spilotro**
**Michael John Spilotro**
Debtor

Date   **October 16, 2005**      Signature   **/s/ Elisa Michelle Spilotro**
**Elisa Michelle Spilotro**
Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael John Spilotro**
      **Elisa Michelle Spilotro**

                            Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **1,350.00** |
| Prior to the filing of this statement I have received | $ | **1,350.00** |
| Balance Due | $ | **0.00** |

2.   $  **209.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Any post petition motions including the preparing, filing, arguing and appearing.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 16, 2005**         **/s/ Ernesto D. Borges, Jr.**
                                        **Ernesto D. Borges, Jr.**
                                        **The Law Offices of Ernesto D, Borges, Jr. P.C.**
                                        **105 West Madison**
                                        **23rd Floor**
                                        **Chicago, IL 60602**
                                        **312/853-0200  Fax: 312/853-3130**
                                        **EBorges105@aol.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael John Spilotro**
     **Elisa Michelle Spilotro**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        **136**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 16, 2005**

**/s/ Michael John Spilotro**
**Michael John Spilotro**
Signature of Debtor

Date:   **October 16, 2005**

**/s/ Elisa Michelle Spilotro**
**Elisa Michelle Spilotro**
Signature of Debtor

Ernesto D. Borges, Jr.
The Law Offices of Ernesto D, Borges, Jr. P.C.
105 West Madison
23rd Floor
Chicago, IL 60602


Michael John Spilotro
Elisa Michelle Spilotro
7115 W. North Ave.
#161
Oak Park, IL 60302


ALARM DETECTION SERVICES
111 CHURCH RD
Aurora, IL 60505


Allied Interstate
3000 Corporate Exchange Dr, 5th Flr
Columbus, OH 43231


ALLSTATE INSURANCE COMPANY
PO Box 3589
Akron, OH 44309


AMALGAMATED BANK
PO BOX 1106
Chicago, IL 60690


AMCA Collection Agency
RE: QUEST DIAGNOSTICS, INC,
P.O. Box 1235
Elmsford, NY 10523


AMERICA ONLINE
PO BOX 29593
New York, NY 10087-9593


American Express
PO Box 7871
Fort Lauderdale, FL 33329


American Medical Security Life/RMS
77 Hartland Street, #401
POB 280431
East Hartford, CT 06128-0431

AR IMAGING
PO BOX 1155
Bedford Park, IL 60499

Arthur G. Jones, M.D.
624 Belleforte Ave.
Oak Park, IL 60302

AT & T
POB 57907
Murray, UT 84157

AT & T Broadband
2001 York Road
Oak Brook, IL

AT & T Wireless
PO BOX 8220
Aurora, IL 60572-8229

Baker, Miller, Markoff & Krasny
29 N. Wacker
5th Floor
Chicago, IL 60606

Berwyn Police Department
6401 West 31st Street
Berwyn, IL 60402

Bethany Hospital
3435 W. Van Buren
Chicago, IL 60624

Biehl & Biehl
411 E. Irving Park Road
Bensenville, IL 60106

Blockbuster Video
c/o Credit Protection Association
13355 Noel Road
Dallas, TX 75240

C.C.S.
PO BOX 9126
Boston, MA 02205

Caine and Weiner
15025 Oxnard St.
Van Nuys, CA 91411

Cbusasear
P. O. Box 9714
Sioux Falls, SD 57117

CBUSASears
P.O. Box 6189
Sioux Falls, SD 57117

CCA
PO BOX 46101
Las Vegas, NV 89114

Chase
POB 15153
Wilmington, DE 19886-5153

Chase Bank
P.O. Box 52095
Phoenix, AZ 85072-2095

Chase Home Finance
PO BOX 830016
Baltimore, MD 21283-0016

Chase Manhattan Bank
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Manhattan Bank
3415 Vision Drive
Columbus, OH 43219

Chicago Sun-Times, INC
POB 1003
Tinley Park, IL 60477

CHICAGO TRIBUNE
P.O. BOX 6315
CHICAGO, IL 60680-6315

CHICAGO TRIBUNE
P.O. BOX 7904
CHICAGO, IL 60680-7904

Childrens Memorial
PO Box 428189
Chicago, IL

CHLD/CBUSA
P.O. Box 5002
Sioux Falls, SD 57117

Citi Cards
POB 6405
The Lakes, NV 88901-6405

Citibank Children's Place
P.O. Box 9007
Renton, WA 98057

City of Chicago - Bureau of Parking
Attn: Bankruptcy Unit
333 S. State St. Rm#540
Chicago, IL 60604

City of Chicago - Dept of Law
121 N. LaSalle
Room 600
Chicago, IL 60602

City of Waukegan
106 N. Martin Luther
Waukegan, IL 60085

Com Ed
Bill Payment Center
Chicago, IL 60668

Com Ed
2100 Swift Drive
Oak Brook, IL 60523

Community Radiology
360 West Butterfield, Suite 340
Elmhurst, IL 60126

COMMUNITY RADIOLOGY LTD.
360 W. BUTTERFIELD, SUITE 340
ELMHURST, IL 60126


Corpex
140 Fifth Ave.
Bay Shore, NY 11706


CR SYST INTR
Ill. Ind. Emergency Med. Services
1277 Country Club
Fort Worth, TX 76112


Credit Collection Services
Client Services
2 Wells Ave.
Newton Center, MA 02459-3208


Credit Protection Association
PO Box 802068
Dallas, TX 75380-2068


Credit System Int.
1277 Country Club
Fort Worth, TX 76112


DIVERSIFIED EMERGENCY SERVICES
900 OAKMONT LANE
SUTIE 200
WESTMONT, IL 60559


EHC Medical Group Northwest
Suburban LLC
4250 North Marine Drive #236
Chicago, IL 60613


Elena M. Duarte
5901 N. Cicero
Chicago, IL


Elmwood Park Public Safety Building
7420 W. Fullerton Ave.
Elmwood Park, IL 60707

Emergency Care Physicians Spec.
36333 Eagle Way
Chicago, IL 60678


ER Solutions, Inc.
P.O. Box 9004
Renton, WA 98057


Express
PO Box 659728
San Antonio, TX 78265


Family Practice
P.O. Box 4502
Oak Park, IL 60301


Farmers Insurance
P.O. Box 310731
Boca Raton, FL 33431-0731


FIRST REVENUE ASSURANCE
P.O. BOX 5818
Denver, CO 80217


Fox Securiy Services
5037 W. Belmont
Chicago, IL 60641


Geico Direct
One Geico Center
Macon, GA 31296-0001


GEMB / Walmart
P.O. Box 984100
El Paso, TX 79998


GEMB/Gap
PO Box 276
Dayton, OH 45401


GEMB/Lowes
P.O. Box 103065
Roswell, GA 30076

GEMB/OLD NAVY
P.O. Box 981400
El Paso, TX 79998


GOTTLIEB MEMORIAL HOSPITAL
701 WEST NORTH AVENUE
Melrose Park, IL 60160


Harcourt Learning Direct
925 Oak Street
Scranton, PA 18515


HARRIS & HARRIS, Ltd.
600 W. Jackson Blvd., Suite 400
Chicago, IL 60661


Harvard Collections
4839 N. Elston
Chicago, IL 60630


Helzberg Diamonds
P.O. Box 9714
Johnson City, TN 37615


HMS
931 Corp Cntr Dr
Pomona, CA 91769


Illinois Collection Service, Inc.
P.O. Box 646
Oak Lawn, IL 60454


International Debt Resolution
231 E. Main St.
Suite 240
Round Rock, TX 78664


KCA Fianancial Services
628 North Street
POB 53
Geneva, IL 60134


KCA Financial Svcs
POB 53
Geneva, IL 60134-0053

Law Offices of Jean Conde
35 E. Wacker Drive
Suite 650
Chicago, IL 60601


LGMG Physicians Services
1011 E. Touhy
Des Plaines, IL 60018


Linebarger Goggan Blair & Sampson
P.O. Box 06152
Chicago, IL 60606-0152


Loyola University Medical Center
2160 South 1st Avenue
Maywood, IL 60153


LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Lutheran General Hospital
P.O. Box 73208
Chicago, IL 60673


Malcom S. Gerald And  Associates
332 S. Michigan Ave Ste 514
Chicago, IL 60604


Maria Olavarria
4113 W. Barry
Chicago, IL 60641


Mariposa Pathology Associates
5219 North Harlem Avenue
Chicago, IL 60656


Marus Cardiology
9410 Compubill Drive
Orland Park, IL 60462


MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026

McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146


Med Coll Sys
175 W. Jackson
Chicago, IL 60604


Medical Imaging Professionals
9410 Compubull Drive
Orland Park, IL 60462


Medical Imaging Professionals
9410 Compubill Drive
Orland Park, IL 60462


Michael A. Haber & Associates
120 W. Madison St.
Suite 600
Chicago, IL 60602


Nationwide Credit Inc.
2015 Vaughn Rd., NW St.
Kennesaw, GA 30144


Nicor Gas
PO Box 310
Aurora, IL 60507


NO IL Emergency & Occupational
33786 Treasury Century
Chicago, IL 60694


Noel G. Alcantara
P.O. Box 2909
Darien, IL 60561-7909


Nordstrom Bank
POB 79137
Phoenix, AZ 85062-9137


NORTH CENTRAL RADIOLOGY, SC
641 E. BUTTERFIELD RD. , SUITE 407
Lombard, IL 60148

Northwestern Memorial Hospital
251 East Huron
Chicago, IL 60611


OSI Collections Services, Inc.
P.O. Box 957
Brookfield, WI 53008


Our Lady of Resurrection Med. Ctr.
5645 West Addison Street
Chicago, IL 60634


Oxford Collection Service
135 Maxess Rd. Ste. 2A
Melville, NY 11747


Park Supply
1100 E. Woodfield Rd.
Schaumburg, IL 60173


Pediactric Treatment
50 S. LaSalle
Box 92697
Chicago, IL 60675


Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108-0988


Penny Kats
30 North Michigan
Chicago, IL


Peoples Energy
130 E. Randolph Dr.
Chicago, IL 60601


PFF Emergency Services
P.O. Box 428189
Evergreen Park, IL 60805


PFF Emergency Services
C/O  Medical Collection Services
725 South Wells Street
Chicago, IL 60607

PFG OF MINNESOTA
7825 WASHINGTON AVE. S suite 410
Minneapolis, MN 55439-2409


PIER 1 IMPORTS
9111 DUKE BLVD.
Mason, OH 45040-9548


Powers and Moon
707 Lake Cook Road
Deerfield, IL 60015


Quest Diagnostics
POB 64500
Baltimore, MD 21264


Quest Diagnostics
P.O. Box 64500
Baltimore, MD 21264


Quest Diagonstics
P.O. Box 64804
Baltimore, MD 21264-4804


Ressurrection Medical Center
7435 W. Talcott
Chicago, IL 60631-3746


Safe Deposit
5900 W. Irving Pk Rd.
Chicago, IL 60634


SBC*
P.O. Box 5072
Saginaw, MI 48605


St. Elizabeth Hospital
1431 North Claremont Avenue
Chicago, IL 60622


ST. ELIZABETH'S HOSPITAL
1431 NORTH CLAREMENT AVENUE
CHICAGO, IL 60622

St. Elizabeth's Hospital/TRSI
POB 2170
Aurora, IL 60507

St. John Heart Clinic SC
2222 W. Division St.
Suite 100
Oak Brook, IL 60523

St. Mary of Nazareth
2233 W. Division Street
Chicago, IL 60622

St. Mary of Nazareth
2233 W. Division
Chicago, IL 60622

SW CRDT SYS
5910 W. Plano Pkwy.
Suite 100
Plano, TX 75093

The Bureaus
1717 Central St
Evanston, IL 60201

Trust Receivable Service
541 Otis Bowen Drive
Munster, IN 46321

United Carpet Wholesalers
1933 S. Wright Blvd.
Schaumburg, IL 60193

United Recovery Systems
5800 N. Course Drive
Houston, TX 77072

Van Ru Credit Corperation
POB 46249
Chicago, IL 60646

Van Ru Credit Corporation
P.O. Box 618
Park Ridge, IL 60068

Village Imaging Professionals
36944 Treasury
Chicago, IL 60694

WALMART
P.O. BOX 960023
ORLANDO, FL 32896

Western Federal Credit Union
9323 Bellanca Avenue
Los Angeles, CA 90009

WFNNB - Express
P.O. Box 330066
Denver, CO 80233-0066

WFNNB/Harlem Furniture
PO BOX 2974
Mission, KS 66201

Wilshire Financial Services
PO Box 8517
Portland, OR 97207-8517